CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 2 9 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| ROSS MCNEIL COLEMAN , | ) | |
|     **Petitioner,** | ) | **Civil Action No. 7:06-cv-00680** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | **By: Hon. James C. Turk** |
|     **Respondent.** | ) | **Senior United States District Judge** |

In accordance with the written memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that the above referenced petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall

be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies and is

stricken from the active docket of the court.

    The Clerk is directed to send a certified copy of this final order and the accompanying

memorandum opinion to the petitioner.

    ENTER:     This 29th day of November, 2006.

                                         Senior United States District Judge